IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ANGEL CORREA, #1914191 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv949 |
| EAST TEXAS TREATMENT FACILITY | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #11) is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to obey an order of the Court and want of prosecution. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions not previously ruled on are **DENIED**.

It is SO ORDERED.

SIGNED this 4th day of March, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE